UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVER AG. INC., | No. 2:18-cv-00377-TLN-CKD |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| GLOBAL NATURAL, LLC, | |
| Defendant. | |

Presently pending before the court is plaintiff's motion for default judgment against defendants Global Natural, LLC, and J. Michael Spangler. (ECF No. 18.) The present motion was filed on December 13, 2019 and was not set for a hearing. (See <u>id.</u>) Defendants have not responded to the motion.

Out of an abundance of caution, and in light of the court's desire to give defendants an opportunity to respond, the court provides defendants with one final opportunity to address the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' opposition, or statement of non-opposition, shall be filed no later than April 29, 2020;

2. Plaintiff's reply brief, if any, shall be filed not later than May 6, 2020;

////

1

3. Defendants are cautioned that failure to respond to the motion in compliance with this order will be deemed as consent by each to a summary grant of the motion, and may result in the imposition of a default judgment against each defendant; and

4. Plaintiff shall promptly serve a copy of this order on defendants at their last-known address(es) and file a proof of service within 7 days of the same.

Dated: April 14, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.river.377