UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVER AG. INC., | No. 2:18-cv-00377-TLN-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| GLOBAL NATURAL, LLC, et al., | |
| Defendants. | |

   Plaintiff, a California Corporation, has filed this action alleging various breach of contract claims and a breach of express warranty claim against Defendants.  On June 10, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

   Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

   The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations, filed June 10, 2020, are ADOPTED.

2. Plaintiff's motion for default judgment (ECF No. 18) is GRANTED.

3. Judgment is entered in Plaintiff's favor and against Defendants.

4. Plaintiff is awarded $1,254,031.62 jointly and severally against Defendants Global Natural and Michael Spangler.

5. Plaintiff additionally is awarded $157,430.30 from Global Natural and $50,275.59 in prejudgment interest from Global Natural.

6. Costs against Defendants are assessed in the amount of $659.96.

DATED: July 27, 2020

Troy L. Nunley
United States District Judge